```
 1
 2
 3
 4
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10   BRUCE ALLEN SMEDLEY,
11           Petitioner,              No. CIV S-05-2009 DFL KJM P
12       vs.
13   JEANNE WOODFORD, Director
     of Cal. Dept. of Corrections,
14
             Respondent.              ORDER
15   _____/
```

16        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17 habeas corpus under 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.  In

18 his application, petitioner challenges a conviction issued by the Calaveras County Superior

19 Court.  Calaveras County is part of the Fresno Division of the United States District Court for the

20 Eastern District of California.  See Local Rule 3-120(d).

21        As provided by Local Rule 3-120(f), a civil action that has not been commenced

22 in the proper division of a court may, on the court's own motion, be transferred to the proper

23 division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24 court.  This court will not rule on petitioner's request to proceed in forma pauperis.

25 /////

26 /////

1     Good cause appearing, IT IS HEREBY ORDERED that:

2     1. This court has not ruled on petitioner's request to proceed in forma pauperis;

3     2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

5     3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 1130 "O" Street
> Fresno, CA 93721

DATED: October 25, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1/kf
smed2009.109