1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   BRUCE ALLEN SMEDLEY,                        1:05-CV-01354-REC-WMW-HC
12              Petitioner,
13      vs.                                      ORDER GRANTING MOTION TO
                                                 PROCEED IN FORMA PAUPERIS
14   JEANNE WOODFORD, Director
     of Cal. Dept. of Corrections,               (DOCUMENT #2)
15              Respondent.
16   _____/
17         Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to
18   28 U.S.C. § 2254.
19         Petitioner has filed an application to proceed in forma pauperis and a certified copy of
20   petitioner's prison trust account statement.   Examination of these documents reveals that petitioner
21   is unable to afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is
22   GRANTED. See 28 U.S.C. § 1915.
23   IT IS SO ORDERED.
24   **Dated:    December 14, 2005**         _____/s/  **William M. Wunderlich**_____
     bl0dc4                                  UNITED STATES MAGISTRATE JUDGE
25
26
27
28