UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRUCE ALLEN SMEDLEY,   1: 05 CV 01354 WMW HC

        Petitioner,

        v.

ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

[Doc. 25]

JEANNE WOODFORD,

        Respondent.
_____/

       Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. Judgment was entered in this case on January 11, 2008.

       On February 5, 2008, Petitioner filed an application for a certificate of appealability. The controlling statute, 28 U.S.C. § 2253, provides as follows:

    (a) In a habeas corpus proceeding or a proceeding under section 2255 before a district judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held.
    (b) There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place for commitment or trial a person charged with a criminal offense against the United States, or to test the validity of such person's detention pending removal proceedings.
    (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from--
    (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court;  or
    (B) the final order in a proceeding under section 2255.

(2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.
(3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

In the present case, the court finds that Petitioner has failed to carry his burden of making a substantial showing of the denial of a constitutional right. Accordingly, Petitioner's request for a certificate of appealability is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:**   February 11, 2008                    /s/  William M. Wunderlich
                                                  UNITED STATES MAGISTRATE JUDGE